UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MING SUN, | ) | CIVIL ACTION NO.: |
| Plaintiff | ) | 24-11682 |
|  | ) |  |
|  | ) | **COMPLAINT** |
| vs. | ) | **AND JURY CLAIM** |
|  | ) |  |
| JOSHUA PHILLIPS; and | ) |  |
| NEWPORT CONSTRUCTION | ) |  |
| CORPORATION, | ) |  |
| Defendants | ) | JUNE 28, 2024 |

## COMPLAINT

The plaintiff, Ming Sun, by and through her counsel, RisCassi & Davis, P.C., brings this action against the above-named defendants.

### I. PARTIES

1. At all times pertinent hereto, the plaintiff, Ming Sun, resided at 201 Concord Turnpike, Cambridge, in the County of Middlesex, Massachusetts.

2. At all times pertinent hereto, the defendant, Joshua Phillips, resided at 8 Bog Brook Road, New Boston, in the County of Hillsborough, New Hampshire.

3. At all times pertinent hereto, the defendant, Newport Construction Corporation, was a New Hampshire corporation with a principal office address of 145 Temple Street, Nashua, in the County of Hillsborough, New Hampshire.

### II. JURISDICTION AND VENUE

4. The amount in controversy exceeds the sum or value of $75,000, exclusive of interests and costs. This civil action is between citizens of different states. The defendants maintain sufficient minimum contacts with the State of Massachusetts such that the exercise of jurisdiction over the defendants by Massachusetts courts would not offend traditional notions of

fair play and substantial justice. By reason of the foregoing circumstances, this Court has diversity jurisdiction over this lawsuit. 28 U.S.C. § 1332(a)(1).

5. Venue is proper in this District because it is a judicial district in which a substantial part of the events or omissions giving rise to the plaintiff's claim occurred. 28 U.S.C. § 1391(a)(2).

### III. GENERAL ALLEGATIONS

6. On or about October 20, 2023, at approximately 6:06 a.m., the plaintiff, Ming Sun, was a pedestrian proceeding in an easterly direction on Concord Avenue, at or near its intersection with Blanchard Road, both of which are public roads and/or highways in Cambridge, Massachusetts.

7. At the same time and place, the plaintiff, Ming Sun, had proceeded more than halfway through the intersection, while within and/or directly adjacent to a marked crosswalk.

8. At the same time and place, the defendant, Joshua Phillips, was operating a motor vehicle owned and registered by the defendant, Newport Construction Corporation, on Blanchard Road, at or near its intersection with Concord Avenue.

9. At all times pertinent hereto, the defendant, Joshua Phillips, was operating the aforementioned motor vehicle, owned by the defendant, Newport Construction Corporation, with the permission of the defendant, Newport Construction Corporation.

10. At all times pertinent hereto, the defendant, Joshua Phillips, was operating the aforementioned motor vehicle, owned by the defendant, Newport Construction Corporation, as the agent, servant and/or employee of the defendant, Newport Construction Corporation.

11. At the same time and place, the motor vehicle operated by the defendant, Joshua Phillips, proceeded through the intersection and suddenly, and without warning, struck the

plaintiff, Ming Sun, thereby causing the plaintiff to sustain and suffer personal injuries and losses.

12. The aforementioned collision, and the personal injuries and losses sustained by the plaintiff, Ming Sun, were caused by the negligence and carelessness of the defendant, Joshua Phillips, in the operation of the aforementioned motor vehicle, owned by the defendant, Newport Construction Corporation.

13. As a direct and proximate result of the negligence and carelessness of the defendant, Joshua Phillips, the plaintiff, Ming Sun, was caused to suffer great pain of body and anguish of mind, has been put to great expense for medical care, and has suffered other compensable claims.

### IV. JURY DEMAND

14. The plaintiff, Ming Sun, demands a trial by jury on all issues, pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## V. PRAYER FOR RELIEF

**WHEREFORE**, the plaintiff, Ming Sun, brings this Complaint against the defendants, Joshua Phillips and Newport Construction Corporation, for personal injuries and prays for a judgment against the defendants for:

a) compensatory damages and costs;

b) such other relief as the Court deems appropriate or to which the plaintiff is entitled by law.

        Respectfully submitted,
        **MING SUN**
        By her attorney,


        ____/s/ Ryan K. Sullivan _____
        Ryan K. Sullivan
        Federal Bar No.: 708598
        RisCassi & Davis, P.C.
        131 Oak Street
        P. O. Box 261557
        Hartford, Connecticut 06106
        (860) 522-1196
        rsullivan@riscassidavis.com